UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Travelers Indemnity Company,<br><br>                              Plaintiff,<br><br>             -against-<br><br>ACE American Insurance Company,<br><br>                              Defendant. | 25-CV-7587 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's September 15, 2025 Order, Dkt. 6, the parties were required to file a joint letter, the contents of which are described therein, the Wednesday before the initial conference, which is scheduled for February 10, 2026, Dkt. 15. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by **Friday, February 6, 2026**.

      SO ORDERED.

Dated: February 5, 2026
      New York, New York

                            ARUN SUBRAMANIAN
                         United States District Judge